# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

HUGH FRENCH and
MICHAEL EARLES

V.

DAVOL, INC, and C.R. BARD, INC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3-08-0301

TO: (Name and address of Defendant)

**DAVOL, INC**
**c/o C.R. BARD, INC.**
**730 Central Avenue**
**Murray Hill, NJ 07974**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LAW OFFICES OF DAVID HIGH**
**300 James Robertson Parkway, 2nd Floor**
**Nashville, Tennessee 37201**
and
**JON C. CONLIN**
**CORY, WATSON, CROWDER & DEGARIS**
**2131 Magnolia Avenue**
**Birmingham, Alabama 35205**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

MAR 24 2008

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

HUGH FRENCH and
MICHAEL EARLES

V.

DAVOL, INC, and C.R. BARD, INC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3-08-0301

TO: (Name and address of Defendant)

**C.R. BARD, INC**
**730 Central Avenue**
**Murray Hill, NJ 07974**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LAW OFFICES OF DAVID HIGH**
**300 James Robertson Parkway, 2nd Floor**
**Nashville, Tennessee 37201**
and
**JON C. CONLIN**
**CORY, WATSON, CROWDER & DEGARIS**
**2131 Magnolia Avenue**
**Birmingham, Alabama 35205**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

MAR 24 2008

DATE

(By) DEPUTY CLERK