FILED
2008 MAR 24 PM 3:46
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

HUGH FRENCH and MICHAEL EARLES, on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

DAVOL, INC., and C.R. BARD, INC.

Defendants.

CASE NO.

COMPLAINT - CLASS ACTION

**CLASS ACTION COMPLAINT AND JURY DEMAND**

**NOTICE OF FILING**

PLEASE TAKE NOTICE that counsel for the plaintiff files the attached Certificate of Good Standing on behalf of Jon C. Conlin, dated March 24, 2008, with the Clerk of this Honorable Court.

Respectfully submitted,

DAVID E. HIGH (BPR #7052)
2nd Floor, Court Square Building
300 James Robertson Parkway
Nashville, TN 37201
615/256-1000
*For the Plaintiff*

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

# CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **JON COLLINS CONLIN** was duly admitted to practice in said Court on **March 7, 2003**, and is in good standing as a member of the bar of said Court

Dated at Birmingham, Alabama, on March 24, 2008.

SHARON HARRIS, CLERK

By: F Calaha
Deputy Clerk