UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

# CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **JON COLLINS CONLIN** was duly admitted to practice in said Court on **March 7, 2003**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on March 24, 2008.

SHARON HARRIS, CLERK

By: T Calahan
Deputy Clerk