# WAIVER OF SERVICE OF SUMMONS

TO: Jon C. Conlin and David E. High
(name of plaintiff's attorney or unrepresented plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of:
Hugh French and Michael Earles v. Davol, Inc., and C.R.Bard, Inc.
(caption of action)

which is case number 3-08-0301 (docket number) in the United States District Court for the Middle District of Tennessee. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 3/24/08 (date request sent), or within 90 days after that date if the request was sent outside the United States.

3/31/08
Date

[signature]
Signature

Printed/typed name:
MICHAEL L. JUNK

as ATTORNEY FOR
(Title, if applicable)

of DAVOL INC. + CR BARD, INC.
(Name of Corporate Defendant, if any)

Form 1B