**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| HUGH FRENCH, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No. 3:08-cv-0301 |
| | ) | Judge Wiseman |
| | ) | (DRI No. 08-2463) |
| DAVOL, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1842, this case is hereby transferred to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and transmit the record to the United States District Court for the District of Rhode Island.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
United States District Judge