CASE−CLOSED, CASE−MANAGER−BRYANT, CASE−REFERRED

# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00301

French et al v. Davol, Inc. et al
Assigned to: Senior Judge Thomas Wiseman
Referred to: Magistrate Judge John S. Bryant
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/24/2008
Date Terminated: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Hugh French** represented by **David Erwin High**
Law Office of David High
Court Square Building
300 James Robertson Parkway
Second Floor
Nashville, TN 37201
(615) 256−1000
Email: attyhigh@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Cory**
Cory, Watson, Crowder &Degaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328−2200
Fax: (205) 324−7896
Email: ecory@cwcd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
Cory, Watson, Crowder &Degaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328−2200
Fax: (205) 324−7896
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Hunt**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Earles** represented by **David Erwin High**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernest Cory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Hunt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2008 | " 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc., filed by Hugh French, Michael Earles.Filing fee paid $350.Summons issued. (Attachments: # 1 summons# 2 Civil Cover Sheet)(eh) (Entered: 03/25/2008) |
| 03/24/2008 | " 2 | NOTICE from USDC Clerk regarding Corporate Disclosure Statement requirement (eh) (Entered: 03/25/2008) |
| 03/24/2008 | " 3 | NOTICE of Initial Case Management Conference set for Monday 5/19/2008 at 10:00 AM in Courtroom 776 before Magistrate Judge John S. Bryant. (eh) (Entered: 03/25/2008) |
| 03/24/2008 | " 4 | MOTION for attorney Jon C. Conlin to Appear Pro Hac Vice by Hugh French, Michael Earles.$75 fee not paid. (eh) (Entered: 03/25/2008) |
| 03/24/2008 | " 5 | NOTICE of Filing of copy of Certificate of Good Standing by Hugh French, Michael Earles (eh) (Entered: 03/25/2008) |
| 03/24/2008 | " 6 | CERTIFICATE OF GOOD STANDING of Attorney Jon Collins Conlin from the United States District Court for the Northern District of Alabama filed by Hugh French, Michael Earles. (eh) (Entered: 03/25/2008) |
| 04/14/2008 | " 7 | WAIVER OF SERVICE Returned Executed by Hugh French, Michael Earles. Davol, Inc. waiver sent on 3/24/2008; C.R. Bard, Inc. waiver sent on 3/24/2008. (High, David) (Entered: 04/14/2008) |
| 04/25/2008 | " 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 18) in Re Kugel Mesh Hernia Patch Products Liability Litigation rec'd this date from the District of Rhode Island. Case is ready for closing/transfer. Proposed closing/transfer order to chambers for entry. (af) (Entered: 04/25/2008) |

| | | |
|---|---|---|
| 04/25/2008 | " 9 | ORDER Pursuant to the Order of the Judicial Panel on Multidistrict Litigation, Docket No. 1842, this case is hereby transferred to the USDC for the District of Rhode Island for coordinated and consolidated pretrial proceedings. The Clerk of Court is directed to the close the case and transmit the record to the USDC for the District of Rhode Island. Signed by Senior Judge Thomas Wiseman on 04/25/08. (ab) (Entered: 04/25/2008) |